**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STEVEN FISHER,
                    *Plaintiff-Appellee,*

and

SANDRA FISHER,
                              *Plaintiff,*

v.

CITY OF SAN JOSE,
              *Defendant-Appellant,*

and

CITY OF SAN JOSE POLICE
DEPARTMENT; OFFICER BOLER;
OFFICER BARNETT; OFFICER CORREA;
OFFICER ESQUIVEL; OFFICER HONDA;
OFFICER KINSWORTHY; OFFICER
O'BRIEN; OFFICER RYAN; OFFICER
NGUYEN,
                            *Defendants.*

No. 04-16095

D.C. No.
CV-01-21192-PVT
Northern District
of California,
San Jose

ORDER

Filed March 14, 2008

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

2653

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.